# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In Re:

MICHAEL PIERRE TITOUR,                                          Bk. No. 6:18-bk-05976-CCJ

    Debtor                                                                    Chapter 7

_____/

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned counsel enters its appearance for **Freedom Mortgage Corporation,** a creditor and/or party in interest ("the Creditor"), with regards to its Mortgage on the real property, located at 101 W EVANS ST, ORLANDO, FL 32804, loan number ending in 0028, in the above captioned bankruptcy matter, and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code, demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or otherwise which affect or seek to affect in anyway any of the Creditor's rights or interest, with respect to the Debtor or the property on which Creditor holds a mortgage lien.

June 5, 2019

        /s/ Stefan Beuge, Esquire
        Stefan Beuge, Esq., Florida Bar No. 68234
        Phelan Hallinan Diamond & Jones, PLLC
        2001 NW 64th Street
        Suite 100
        Ft. Lauderdale, FL 33309
        Tel: 954-462-7000 Ext. 56588
        Fax: 954-462-7001
        FLMD.bankruptcy@phelanhallinan.com

PH # 97092

## **PROOF OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing, and any applicable exhibits attached thereto, has been served electronically, or routed for service by U.S. Mail, to the following:

MICHAEL PIERRE TITOUR
101 W. EVANS STREET
ORLANDO, FL 32804

SOPHIA CABACUM DEAN, Esquire

12301 LAKE UNDERHILL ROAD, SUITE 213
ORLANDO, FL 32828

GENE T. CHAMBERS, (TRUSTEE)
PO BOX 533987
ORLANDO, FL 32853-3987

UNITED STATES TRUSTEE (SERVED ELECTRONICALLY)
OFFICE OF THE UNITED STATES TRUSTEE
GEORGE C. YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FLORIDA 32801

Date:  June 5, 2019

/s/ Stefan Beuge, Esquire
Stefan Beuge, Esq., Florida Bar No. 68234
Phelan Hallinan Diamond & Jones, PLLC
2001 NW 64th Street
Suite 100
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext. 56588
Fax: 954-462-7001
Email: stefan.beuge@phelanhallinan.com
FLMD.bankruptcy@phelanhallinan.com

PH # 97092